UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ANGELO B. LICATA, | ) |
| | ) |
|       Petitioner, | ) |
| v. | )   No. 1:18-cv-45-GZS |
| | ) |
| STATE OF MAINE, | ) |
| | ) |
|       Respondent. | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 20) filed June 5, 2018, the Recommended Decision is **AFFIRMED**.

An evidentiary hearing is not warranted under Rule 8 of the Rules Governing Section 2254 cases. It is **ORDERED** that the Petitioner's Petition for habeas relief under U.S.C. § 2255 is hereby **DISMISSED**.

A certificate of appealability pursuant to Rule 11 of the Rules Governing Section 2254 cases is denied because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

                                                  /s/ George Z. Singal
                                                United States District Judge

Dated this 28th day of June, 2018.